```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

ANITA FORD                                      CIVIL ACTION

VERSUS                                          NO: 13-6317

MENTOR WORLDWIDE, LLC, SOUTH                    SECTION: R
FLORIDA PLASTIC SURGERY
ASSOCIATES, AND DR. DON R.
REVIS, JR.

### ORDER

Defendant Mentor Worldwide, LLC moves the Court to dismiss plaintiff's claims against Mentor under Federal Rule of Civil Procedure 12(b)(6).[1] Defendant argues that plaintiff's claims are preempted by federal law under *Riegel v. Medtronic*, 552 U.S. 312 (2008), because the claims challenge the safety or effectiveness of a medical device that received premarket approval from the FDA. Plaintiff does not oppose dismissal of her claims against Mentor.[2]

Defendant is correct that plaintiff's claims against it are preempted under *Riegel*. Accordingly, the Court GRANTS the motion and dismisses plaintiff's claims against Mentor with prejudice.

New Orleans, Louisiana, this 17th day of December, 2013.

*Sarah Vance*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 4.

[2]   R. Doc. 16.